IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CV-154-D

| | |
|---|---|
| MARIES AVIS GARDNER,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    ORDER OF DISMISSAL |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

Pursuant to the Plaintiff's Motion and consent by the Defendant, this Court hereby orders that this case be dismissed without prejudice.

This the __2__ day of __November__, 2011.

James C. Dever III
Chief United States District Judge