# United States District Court

### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| MARIES AVIS GARDNER,<br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social Security Administration,*<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-154-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss is GRANTED, and this case is dismissed without prejudice.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 2, 2011,** WITH A COPY TO:

Lila T. Forro (via CM/ECF Notice of Electronic Filing)
Jay C. Hinsley (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>November 2, 2011</u><br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>    <u>/s/Debby Sawyer          </u><br>    (By) Deputy Clerk |
| Raleigh, North Carolina | |