AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

MARIES AVIS GARDNER, )
      Plaintiff, )
)
v. )
)
) **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE, ) **CASE NO. 5:11-CV-154-D**
*Commissioner of the Social* )
*Security Administration,* )
      Defendant. )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss is GRANTED, and this case is dismissed without prejudice.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 2, 2011,** WITH A COPY TO:

Lila T. Forro (via CM/ECF Notice of Electronic Filing)
Jay C. Hinsley (via CM/ECF Notice of Electronic Filing)


November 2, 2011            DENNIS P. IAVARONE, Clerk
Date            Eastern District of North Carolina

           /s/Debby Sawyer
           (By) Deputy Clerk

Raleigh, North Carolina